32795. COWETA COUNTY *v.* BANISTER, administrator.
32796. COWETA COUNTY *v.* BANISTER.
32797. COWETA COUNTY *v.* SMITH.

FELTON, J. These cases are controlled by the rulings in *Coweta County* v. *Banister* (No. 32794), ante.

The court erred in overruling the general demurrers to the petitions.

*Judgments reversed. Sutton, C. J., and Worrill, J., concur.*

DECIDED FEBRUARY 2, 1950.

*Eugene Cook, Attorney-General, W. V. Rice, Cam D. Dorsey Jr., T. V. Williams, Assistant Attorneys-General,* and *Walter D. Sanders,* for plaintiff in error.

*S. B. Wallace, J. L. Glover,* contra.